FILED - USDC -NH
2021 AUG 4 PM 1:50

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ilya Liviz Sr.
          Plaintiff,

v.

ROBERT L. RYAN, in his official capacity as
Clerk Magistrate of Dedham District Court
for the Commonwealth of Massachusetts
          Defendant.

---

## MOTION FOR PRELIMINARY INJUNCTION WITH SHORT ORDER OF NOTICE

---

    Plaintiff Ilya Liviz Sr. hereby moves this Honorable Court to schedule a Fed. R. Civ. P. 65(a) preliminary injunction hearing with a short order of notice to enjoin the Clerk to comply with his duties. In Support thereof, the Verified Complaint is incorporated as if restated herein. Because Defendant's actions, as alleged in the Complaint shocks the consciousness; no memorandum is needed. Moreover, the administratively denied appeal concerns plaintiff's ability to parent his minor child I.L. Jr. Each day that passes contributes to permanent loss and deprivation of familial association and right to parent; urgency warrants a short order of notice.

    WHEREFORE, Plaintiff respectfully requests this Court to GRANT his Motion for Preliminary Injunction, issue a short order of notice for a preliminary injunction hearing, and other relief this court deems fair and just.

    Respectfully submitted this 4rd day of August 2021.

*/s/ Ilya Liviz/*
Ilya Liviz J.D., M.Ed., B.S.
153B West Hollis Street
Nashua, NH 03060
1 (725) 224-4653
Ilya.liviz@gmail.com